UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81565-CIV-HURLEY/HOPKINS

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**CREATIVE CAPITAL CONSORTIUM, LLC, et al.,**

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING MOTION FOR PROTECTIVE ORDER AND SANCTIONS**

    **THIS CAUSE** is before the court upon Dolce Regency Suits, LLC's motion for protective order relating to use of certain testimony and for sanctions against attorney Rachel K. Paulose [DE # 147], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court deny Dolce Regency Suits, LLC's motion [DE # 188]. No objections were filed to the Magistrate Judge's report.

    Having carefully reviewed the Magistrate Judge's report and recommendation as to Dolce Regency Suits, LLC's motion, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

    Upon review of the report of the Magistrate Judge, it is hereby **ORDERED** and **ADJUDGED**:

Order Adopting R & R of Magistrate Judge
SEC v. Creative Capital Consortium, et al. .
Case No. 08-81565-CIV-HURLEY/HOPKINS

1. The Report and Recommendation of the United States Magistrate Judge [DE # 188] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

2. Dolce Regency Suits, LLC's motion for protective order relating to use of certain testimony and for sanctions against attorney Rachel K. Paulose [DE # 147] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 14th day of December, 2009.

                                              Daniel T. K. Hurley
                                              United States District Judge

*Copies provided to counsel of record*