UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81565-CIV-HURLEY

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CREATIVE CAPITAL CONSORTIUM, LLC, et al.,

    Defendants.

_____/

**FINAL JUDGMENT DETERMINING 15 DISPUTED CLAIM DETERMINATIONS**

Upon the Court's findings of fact and final order determining 21 disputed claim determinations and objections [ECF. No. ___], entered after an evidentiary hearing on May 25, 2017, under the Claims Procedures established by the Court [ECF Nos. 309, 309-1, 313], and, as expressly directed by the Court under Rule 54(b) of the Federal Rules of Civil Procedure, FINAL JUDGMENT is ENTERED in the summary Claims proceedings finally determining the following Claims as provided:

    a. Claim #472 (Mereus) – Confirmed as Approved in Part for $2,500;
    b. Claim #632 (Charles) – Disallowed;
    c. Claim #1066 (Orilas) – Confirmed as Approved in Part for $1,500;
    d. Claim #1720 (Benoit) – Disallowed;
    e. Claim #1725 (Auredy) – Disallowed;
    f. Claim #1728 (Cineus) – Disallowed;
    g. Claim #1729 (Telusma) – Disallowed;
    h. Claim #1730 (Louisma) – Disallowed;
    i. Claim #1732 (Pierre Louis) – Disallowed;
    j. Claim #1733 (Pierre Louis) – Disallowed;
    k. Claim #1736 (Dort) – Disallowed;
    l. Claim #1737 (Francoise Barolette) – Disallowed;

    m. Claim #1738 (Brewer) – Disallowed;

    n. Claim #1739 (Bien-Aime) – Disallowed;

    o. Claim #1740 (Dulog, J.) – Disallowed;

    p. Claim #1741 (Dulog, G.) – Disallowed;

    q. Claim #1742 (Fleuridor) – Disallowed;

    r. Claim #1748 (Abelard) – Disallowed;

    s. Claim #1750 (Gervais) – Disallowed;

    t. Claim #1752 (Blanc) – Disallowed; and

    u. Claim #1753 (Ellis) – Disallowed.

2. The Approved in Part Claims shall be included in any Final Distribution and Disallowed Claims shall not be eligible to participate in any interim of Final Distribution under the Claims Procedures. All parties shall bear their own costs and expenses.

**DONE** and **ORDERED** in Chambers at West Palm Beach, Florida this ___6___ day of June, 2017.

                                                         Daniel T. K. Hurley
                                                         United States District Judge

*Copies provided to counsel of record (via CM/ECF)*
*Counsel for the Receiver shall serve a copy of this Final Judgment on all affected Claimants*